UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEHYON KIM,

          Plaintiff,

   v.

CAPITAL ONE NATIONAL ASSOCIATION,

          Defendant.

No. 2:20-cv-02354-TLN-DB

**ORDER**

     Plaintiff is proceeding in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On February 9, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and Plaintiff has not filed any objections to the findings and recommendations.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2021 (ECF No. 10) are ADOPTED IN FULL;

2. Plaintiff's Complaint (ECF No. 1-2) is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close the case.

DATED: March 25, 2021

Troy L. Nunley
United States District Judge